| | |
|---|---|
| 1 | GRODSKY, OLECKI & PURITSKY LLP |
| | Allen B. Grodsky (SBN 111064) |
| 2 | allen@thegolawfirm.com |
| | Courtney L. Puritsky (SBN 251330) |
| 3 | courtney@thegolawfirm.com |
| | 11111 Santa Monica Boulevard, Suite 1070 |
| 4 | Los Angeles, California 90025 |
| | Telephone: (310) 315-3009 |
| 5 | Facsimile: (310) 315-1557 |
| 6 | Attorneys for Defendants William Adams, |
| | Allen Pineda Lindo, Jamie Luis Gomez, and |
| 7 | BEP Music, LLC |
| 8 | HERTZ, LICHTENSTEIN YOUNG & POLK, LLP |
| | Grant Arnow (SBN 316497) |
| 9 | ga@hlmedialaw.com |
| | 1800 Century Park East, 10th Floor |
| 10 | Los Angeles, CA 90067-1513 |
| | Telephone: (310) 499-2850 |
| 11 | |
| 12 | Attorneys for Defendant Sony Music Entertainment |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| 17 | ICEBERG RECORDS, A.S., a Danish Corporation; | Case No. 2:24-cv-01893-SB-AS |
| 18 | Plaintiff, | Before the Hon. Stanley Blumenfeld, Jr., U.S. District Judge |
| 19 | vs. | **NOTICE OF MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) FILED BY DEFENDANTS WILLIAM ADAMS, ALLEN PINEDA LINDO, JAMIE LUIS GOMEZ, BEP MUSIC, LLC, AND SONY MUSIC ENTERTAINMENT** |
| 20 | WILLIAM ADAMS, JR. p/k/a WILL.I.AM, an individual; ALLEN PINEDA LINDO p/k/a APL.DE.AP; JAIME LUIS GOMEZ p/k/a TABOO, an individual; BEP MUSIC, LLC, a Delaware limited liability company; SONY MUSIC ENTERTAINMENT, a Delaware general partnership; RAMON LUIS AYALA-RODRIGUEZ p/k/a DADDY YANKEE, an individual; YONATAN GOLDSTEIN, an individual; and DOES 1-10, inclusive; | |
| | | [*Memorandum of Points & Authorities and Proposed Order filed concurrently herewith*] |
| | | Hearing |
| | | Date: August 2, 2024 |
| | | Time: 8:30 a.m. |
| | | Place: Courtroom 6C |
| | | First Street U.S. Courthouse |
| | | 350 W. First Street |
| | | Los Angeles, California 90012 |
| | Defendants. | |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 2, 2024, at 8:30 a.m. or as soon thereafter as the matter may be heard before the Hon. Stanley Blumenfeld, Jr., in Courtroom 6C of the First Street U.S. Courthouse, located at 350 W. First Street, Los Angeles, California 90012, Defendants William Adams, Allen Pineda Lindo, Jamie Luis Gomez, BEP Music, LLC, and Sony Music Entertainment (collectively, "Defendants") will and hereby do move to dismiss the Third Cause of Action for Fraud in the Complaint filed by Plaintiff Iceberg Records, A.S. ("Plaintiff") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This motion is made on the grounds that pursuant to Rule 9 of the Federal Rules of Civil Procedure, the Complaint fails to state with particularity the circumstances constituting fraud, and therefore fails to state a claim.

This motion is and will be based upon this notice of motion, the concurrently lodged proposed order, the concurrently filed memorandum of points and authorities, the pleadings and papers on file with the Court, and any argument or evidence that may be presented to or considered by the Court at or prior to its ruling.

This motion is made following the conference of counsel pursuant to L.R. 7-3 and ¶ 6a of the Standing Order for Civil Cases Assigned to Judge Stanley Blumenfeld, Jr., which took place on April 18, 2024 (as to Defendants BEP Music, Adams, Pineda, and Gomez) and on June 26, 2024 (as to Defendant Sony Music Entertainment).

| | |
|---|---|
| Dated: July 3, 2024 | Respectfully submitted, |
| | GRODSKY & OLECKI LLP<br>  Allen B. Grodsky<br>  Courtney L. Puritsky |
| | By:   /s/ Allen B. Grodsky<br>            Allen B. Grodsky |
| | Defendants William Adams, Allen Pineda Lindo, Jamie Luis Gomez, and BEP Music, LLC |
| | HERTZ LICHTENSTEIN YOUNG & POLK LLP |
| | By:   /s/ Grant Arnow<br>            Grant Arnow |
| | Counsel for Defendant Sony Music Entertainment |

## **CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), the filing attorney attests that he has obtained concurrence regarding this document's content and authorization to file this document from the indicated signatories to the document.

Dated: July 3, 2024                                      /s/ Allen B. Grodsky<br>                                                                          Allen B. Grodsky