JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ICEBERG RECORDS A/S, | Case No. 2:24-cv-01893-SB-AS |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| WILLIAM ADAMS, JR. et al., | |
| Defendants. | |

Pursuant to the parties' stipulation of dismissal at Dkt. No. 54, this action is dismissed in its entirety with prejudice. Each party shall bear its own attorneys' fees and costs.

Date: December 19, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge